ANNA D. DEGNAN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY and NATIONAL BISCUIT COMPANY, Respondents.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPHINE M. LARGY and BRONX COUNTY GARAGE OWNERS' ASSOCIATION, INC., Respondents, v. ALPERT & BURDAY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and grant a new trial on the ground of prejudicial conduct on the part of plaintiffs' counsel tending to indicate that the license of one of the witnesses was revoked after he had testified at a hearing before the Commissioner of Motor Vehicles in connection with the accident.

HOTEL WESTBURY CORPORATION, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Defendant, Appellant, and 586 FIFTH AVENUE CORPORATION, Added Defendant, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents on the appeal of The National City Bank of New York and votes to reverse as to said defendant.

BROOKLYN BAR ASSOCIATION, Respondent, v. KINGS COUNTY BAR ASSOCIATION, Appellant Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE WOODSIDE NATIONAL BANK OF NEW YORK, Plaintiff, v. L. M. BUILDING CORPORATION and Others, Defendants. JOSEPH DEGLOMINI, GINO ZONGHETTI and RAYMOND ALGOZINO, Appellants, Respondents; HERMAN FENSTERER and JOHN W. MEEHAN, as Trustees, Respondents; PETER ANNICELLI, Respondent, Appellant. — Orders unanimously reversed, with twenty dollars costs and disbursements to the appellants Deglomini, Zonghetti and Algozino against the respondents Fensterer and Meehan, as trustees, and distribution of the surplus fund directed on a *pro rata* basis solely to the three lienors who filed their mechanic's liens prior to November 16, 1937. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

JACQUES FURST, Appellant, v. MARGARET STRAUS FURST, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to reply to the counterclaim within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MALIA MEYER, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

MALIA MEYER, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Appeal from order entered November 29, 1939, unanimously dismissed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.